# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00160SOM |
| CASE NAME: | USA vs. (07) Vanessa Barut |
| ATTYS FOR PLA: | Florence Nakakuni for Thomas Muehleck |
| ATTYS FOR DEFT: | 07 Stuart Fujioka |
| | Peter Yoshihara (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 5/22/2006 | TIME: | 2:15 - 2:45 |

COURT ACTION:  EP: Resentencing -

Defendant (07) Vanessa Barut present and in custody.

Discussion held re: the obstruction of justice issue, the absence of acceptance of responsibility, and whether or not the Court would have imposed the same sentence had it known that the sentencing guidelines were advisory.

Resentencing is continued to 6/1/06 @ 9:45 a.m.

Parties to submit brief memorandums by 5/30/06.

Ms. Nakakuni to see if Mr. Muehleck can attend the resentencing hearing.

The date and time can be adjusted if needed.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.