EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Florence.Nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00160-07 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| vs. | ) | CONTINUE SENTENCING HEARING |
| | ) | |
| VANESSA BARUT,       (07), | ) | |
| | ) | Old Date: July 6, 2006 |
| | ) | New Date: July 24, 2006 |
| | ) | Time:     3:00 p.m. |
| Defendant. | ) | Judge: Hon. Susan Oki Mollway |
| _____ | ) | |

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, that Defendant Barut's sentencing hearing presently set for July 6, 2006 at 3:00 p.m., shall be continued to July 24, 2006 at 3:00 p.m., before the Honorable Susan Oki Mollway.  The parties' briefs are due on July 10, 2006.

This Stipulation is entered into at the request of the United States Attorney.

DATED: June 30, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By /s/ Florence T. Nakakuni
    FLORENCE T. NAKAKUNI
    Assistant U.S. Attorney


/s/ Stuart N. Fujioka
STUART N. FUJIOKA
Attorney for defendant
  Vanessa Barut


IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii; June 30, 2006.

_____
Susan Oki Mollway
United States District Judge


United States v. Vanessa Barut
Cr. No. 01-00160-07 SOM
Stipulation and Order to Continue
Sentencing Hearing