EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 01-00160-07 SOM |
| Plaintiff, | UNITED STATES' MEMORANDUM RE: RESENTENCING; |
| vs. | EXHIBITS 1-4 |
| VANESSA BARUT, (07), | |
| Defendant. | DATE: July 24, 2006<br>TIME: 3:00 p.m.<br>JUDGE: Hon. Susan Oki Mollway |

UNITED STATES' MEMORANDUM RE: RESENTENCING

The United States submits that the Court should not disturb the sentence previously imposed on June 21, 2004.

The Court previously found that the defendant had obstructed justice by giving materially false testimony during the defendant's motion to suppress and during the trial.  At the

defendant's sentencing on June 21, 2004, counsel for the defendant conceded that the defendant had admitted during a debriefing with the Drug Enforcement Administration just prior to sentencing that she had lied during her testimony.  Exhibit 1, Transcript of Proceeding, June 21, 2004, pages 13, 14.

The Court imposed a two level enhancement for obstruction of justice and denied the defendant an acceptance of responsibility adjustment.

The United States does not believe that the defendant's case is in any fashion unique.  Unfortunately, some defendants exercise their right to go to trial and testify falsely under oath.  In fact, on March 28, 2006, the last sentencing the undersigned Assistant United States Attorney had with this Court, the Court found that the defendant Jose Prieto had obstructed justice by testifying falsely.  The Court imposed a two-point enhancement for obstruction of justice and did not grant defendant Prieto an acceptance of responsibility adjustment.  See Judgment and Commitment Order, page 2, United States v. Jose Prieto, Cr. No. 03-00523 SOM.  Exhibit 2.

In the present case, the record shows that it was solely the defendant's decision to testify and to testify falsely.  At the motion to suppress on November 9, 2001 and at the trial on December 16, 2003, the Court questioned the

defendant and determined that the defendant herself made the decision to testify.[1]  Exhibits 3 and 4.

The Court found the defendant was a minimal participant and departed downward for aberrant behavior from level 26, with a guideline range of 63 to 78 months imprisonment to level 24.  The Court sentenced the defendant to 54 months imprisonment.  The United States submits that the same sentence should be imposed.

DATED: July 10, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                         By /s/ Florence T. Nakakuni
                            THOMAS MUEHLECK
                            Assistant U.S. Attorney
```

---

[1] While the defendant was represented by an aggressive counsel who continuously interrupted the Court, witnesses and government counsel, there is nothing in the record that indicates that counsel played any role in defendant's decision to testify untruthfully.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

```
Mr. Stuart Fujioka                        July 10, 2006
Attorney at Law
841 Bishop St., Suite 224
Honolulu, HI 96813

  Counsel for defendant
  VANESSA BARUT
```

                                        /s/ Rowena N. Kang