```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3
                                    )
 4   UNITED STATES OF AMERICA,      )  CR 01-00160 SOM 07
                                    )
 5                     Plaintiff,   )  Honolulu, Hawaii
          vs.                       )  June 21, 2004
 6                                  )  9:45 A.M.
     VANESSA BARUT,                 )
 7                                  )  Sentencing; Motion for
                       Defendant.   )  Downward Departure;
 8   _____)  Motion for Bail

 9                    TRANSCRIPT OF PROCEEDINGS
10         BEFORE THE HONORABLE SUSAN OKI MOLLWAY
                  UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Government:         THOMAS C. MUEHLECK, ESQ.
                                 Office of the U.S. Attorney
14                               PJKK Federal Bldg.
                                 300 Ala Moana Blvd. Ste. 6100
15                               Honolulu, HI 96850

16   For the Defendant           STUART N. FUJIOKA, ESQ.
     Vanessa Barut:              Nishioka & Fujioka
17                               Davies Pacific Center
                                 841 Bishop St., Ste. 224
18                               Honolulu, HI 96813

19   Official Court Reporter:    Debra Kekuna Chun, CSR, RPR
                                 United States District Court
20                               300 Ala Moana Blvd. Ste. C285
                                 Honolulu, HI 96850
21                               (808) 534-0667

22

23

24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).
```



EXHIBIT L

1   justice.  I mean I don't know how you can have it both
2   ways.
3           MR. FUJIOKA:  I don't see any way around it,
4   Your Honor.
5           THE COURT:  Okay.  So then I'm going to add --
6   it's already in --
7           MR. MUEHLECK:  It's in there.
8           THE COURT:  It's in there.  So I'm going to
9   overrule the objection to the obstruction of justice
10  enhancement.
11          And what's happening on the acceptance of
12  responsibility issue?  I don't know.  Was that a specific
13  objection?  It might not have been --
14          MR. FUJIOKA:  It was not raised in the reports
15  or my objection because this came up only last week.
16          THE COURT:  Okay.  So what's your position on it
17  now?
18          MR. FUJIOKA:  Your Honor, I believe that the
19  obstruction and acceptance are not mutually exclusive and
20  we have the entire presentence phase in which to accept
21  responsibility.
22          THE COURT:  Wait, now.  It's pretty tough to get
23  that.  I don't know.
24          MR. FUJIOKA:  I'm not saying it's an easy
25  argument, but it is there.  And we -- of course, any

```
 1   acceptance, and I don't know why I would find that here.
 2   I mean this statement may have made her situation worse
 3   for her is my point.
 4            Okay.  But, Mr. Muehleck, why doesn't it still
 5   go to the safety valve issue, even if it now becomes an
 6   obstruction of justice problem?
 7            MR. MUEHLECK:  It does go to the safety valve.
 8   She admits, "Okay.  I lied at trial.  I did know I'm
 9   supposed to tell you everything true about the offense,
10   and what's true about the offense is I knew when we left
11   the Brew Moon bar, Blue Moon, whatever it was, in Kalihi
12   and went to the Rock-Za that we were picking up drugs."
13            THE COURT:  Okay.  So the government's now in
14   agreement that she qualifies for the safety valve.
15            MR. MUEHLECK:  With the exception of the story
16   about the firearm, the knowledge of the firearm, yes.
17            THE COURT:  The gun issue.  Okay.  So then
18   there's no dispute that she qualifies for the safety
19   valve, and so I'm going to go ahead and sustain the
20   defense objection to the absence of the safety valve and
21   I'll apply the safety valve.
22            Okay.  Then let's look at the obstruction of
23   justice issue.  And, Mr. Fujioka, your client is conceding
24   that now that she's admitted she lied at trial that she
25   has to have a two-point enhancement for obstruction of
```