```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3                                      )
 4   UNITED STATES OF AMERICA,           )   CR 01-00160 SOM 07
                                         )
 5                    Plaintiff,         )   Honolulu, Hawaii
              vs.                        )   November 9, 2001
 6                                       )   1:30 P.M.
     VANESSA BARUT,                      )
 7                                       )   Continued Hearing on
                      Defendant.         )   Motion to Suppress
 8   _____)

 9

10                    TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE SUSAN OKI MOLLWAY
11                UNITED STATES DISTRICT JUDGE

12
     APPEARANCES:
13
     For the Government:        THOMAS C. MUEHLECK, ESQ.
14                              Office of the U.S. Attorney
                                PJKK Federal Bldg.
15                              300 Ala Moana Blvd. Ste. 6100
                                Honolulu, HI 96850
16
     For the Defendant:         MYLES S. BREINER, ESQ.
17                              345 Queen St., Fl 2
                                Honolulu, HI 96813
18
     Official Court Reporter:   Debra Kekuna Chun, CSR, RPR
19                              United States District Court
                                300 Ala Moana Blvd. Ste. C285
20                              Honolulu, HI 96850
                                (808) 534-0667
21

22

23

24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).
```



EXHIBIT 3

```
 1                          INDEX
 2
 3    EXAMINATION
 4    Witness Name     Direct  Cross  Re-Direct  Re-Cross  Voir Dire
 5    J. Niederhofer      5
 6    M. Rothermund      51
 7    Vanessa Barut      59      80
 8
 9
10    EXHIBITS
11    Exhibit                                        Page   Line
12    G Received in Evidence                           5      2
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   any of that.
 2   Q    Did you ever tell Miss Barut that that would be --
 3   there would be three phases to this polygraph process?
 4   A    I don't believe I ever spoke to Mrs. Barut about the
 5   polygraph until after.
 6            MR. BREINER:  No further questions.
 7            THE COURT:  Okay.  Is there any
 8   cross-examination, Mr. Muehleck?
 9            MR. MUEHLECK:  No, Your Honor.
10            THE COURT:  Okay.  Then thank you very much,
11   Agent Rothermund.  You may step down.
12            (Witness excused.)
13            THE COURT:  And what is your plan now?
14            MR. BREINER:  May we adjourn for a few minutes,
15   please, and I'll speak to my client.
16            THE COURT:  Okay.  We'll take about a 10-minute
17   break and come back.
18            MR. BREINER:  Five minutes.
19            THE COURT:  Five minutes?
20            MR. MUEHLECK:  Five minutes, Your Honor?
21            THE COURT:  Five minutes.
22       (Court recessed at 3:05 P.M., until 3:15 P.M.)
23            THE COURT:  Mr. Breiner.
24            MR. BREINER:  Thank you, Judge.  At this time
25   the defense calls Vanessa Barut to the stand.
```

```
 1              THE COURT:  Okay.  Miss Barut.
 2              THE CLERK:  Please raise your right hand.
 3       (Witness sworn.)
 4              THE CLERK:  Thank you.  Please be seated.
 5              THE COURT:  So, Miss Barut, we took -- I'm
 6  sorry.  You need her to spell her last name.  Go ahead.
 7              THE CLERK:  Please be seated.  Can you state
 8  your name and spell your last name.
 9              THE WITNESS:  My name is Vanessa Barut.  My last
10  name is spelled B-a-r-u-t.
11              THE COURT:  Okay.  I just want to make sure you
12  did have a chance to talk to your attorney about deciding
13  whether to testify or not.  Is that right?
14              THE WITNESS:  Yes.
15              THE COURT:  And you've decided to testify; is
16  that right?
17              THE WITNESS:  Yes.
18              THE COURT:  Now, you understand, of course, you
19  don't have to testify at all, and, certainly, you have to
20  make that decision yourself.  Of course, you can be helped
21  to make that decision by your attorney, but this is your
22  own free decision; you don't feel forced.  Is that right?
23              THE WITNESS:  You're right.
24              THE COURT:  And you know you don't have to do
25  this; is that right?
```

```
 1                THE WITNESS:  Yes.
 2                THE COURT:  Okay.  Go ahead.
 3                     DIRECT EXAMINATION
 4   BY MR. BREINER:
 5   Q    Vanessa, you heard testimony of officer -- excuse
 6   me.  Agent Niederhofer?
 7   A    Yes.
 8   Q    You heard the testimony of Agent Rothermund?
 9   A    Yes.
10   Q    Let's go back to the day you took the polygraph
11   test.  Prior to the polygraph test did you -- you read --
12   excuse me.  Did you read and sign a document entitled
13   Polygraph Examination Statement of Consent?
14   A    Yes.
15                THE COURT:  Hold on.  Does she have the exhibit
16   in front of her?
17                MR. BREINER:  She's seen these exhibits before.
18   I can provide it again, Your Honor.  Thank you.  I have my
19   copy.
20                THE COURT:  What are you showing her?  Exhibit
21   -- do you know the exhibit numbers?  Are those B and C; is
22   that what they are?
23                MR. BREINER:  That's correct, Your Honor.
24                THE COURT:  Okay.  You're showing her copies of
25   B and C.  Okay.
```