

 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF HAWAII

 3                                  )
     UNITED STATES OF AMERICA,      )  CR 01-00160 SOM 07
 4                                  )
              Plaintiff,            )  Honolulu, Hawaii
 5      vs.                         )  December 16, 2003
                                    )  9:00 A.M.
 6   VANESSA BARUT,                 )
                                    )  VOLUME VI
 7            Defendant.            )
                                    )
 8   _____)

 9

                     TRANSCRIPT OF JURY TRIAL
10         BEFORE THE HONORABLE SUSAN OKI MOLLWAY
                  UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Government:        THOMAS C. MUEHLECK, ESQ.
                                Office of the U.S. Attorney
14                              PJKK Federal Bldg.
                                300 Ala Moana Blvd. Ste. 6100
15                              Honolulu, HI 96850

16   For the Defendant:         MYLES S. BREINER, ESQ.
                                345 Queen St., Fl 2
17                              Honolulu, HI 96813

18   Official Court Reporter:   Debra Kekuna Chun, CSR, RPR
                                United States District Court
19                              300 Ala Moana Blvd. Ste. C285
                                Honolulu, HI 96850
20                              (808) 534-0667

21

22

23

24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).

EXHIBIT 4

1                              INDEX

2    **EXAMINATION**

3    **Witness Name**                                          **Page**

4    Joseph Pajardo

5        Direct By Mr. Breiner                                4

6        Cross By Mr. Muehleck                               63

7        Re-Direct By Mr. Breiner                           112

8        Re-Cross By Mr. Muehleck                           139

9        Re-Direct By Mr. Breiner                           143

10   Warren Yoshimoto

11       Direct By Mr. Breiner                              144

12       Cross By Mr. Muehleck                              160

13       Re-Direct By Mr. Breiner                           163

14   Vanessa Barut

15       Direct By Mr. Breiner                              173

16       Cross By Mr. Muehleck                              237

17       Re-Direct By Mr. Breiner                           256

18       Re-Cross By Mr. Muehleck                           260

19       Re-Direct By Mr. Breiner                           261

20

21   **EXHIBITS**

22   **Exhibit**                                               **Page**

23   17 Entered into Evidence                              104

24   18 Entered into Evidence                              245

25

```
 1                I'm sorry.  I need you to answer out loud.
 2                THE DEFENDANT:  Sorry.  Yes.
 3                THE COURT:  Now, your lawyer says that you'll be
 4     called as a witness; so I take it you've decided that you
 5     will take the witness stand.
 6                THE DEFENDANT:  Yes.
 7                THE COURT:  And before you made that decision
 8     did you have a chance to talk to Mr. Breiner about taking
 9     the witness stand and whether that was a good idea or not
10     for you?
11                THE DEFENDANT:  Yes.
12                THE COURT:  And you got some advice from him and
13     you understood that advice?
14                THE DEFENDANT:  Yes.
15                THE COURT:  And even though you had Mr.
16     Breiner's advice, is it your own decision that you're
17     making to take the stand?  In other words, he didn't
18     brow-beat you into making one decision or another; you
19     don't feel that he kind of forced you to make a particular
20     decision; this is your decision?
21                THE DEFENDANT:  Yes.
22                THE COURT:  And it's a voluntary decision on
23     your part that, of course, comes after you've had a chance
24     to talk to your lawyer?
25                THE DEFENDANT:  Yes.
```

1          THE COURT:  And knowing that you have that right

2    to be silent, you are choosing to take the witness stand

3    and answer questions and be subject to cross-examination?

4          THE DEFENDANT:  Yes.

5          THE COURT:  You have every right to do that,

6    and, of course, that may well affect the outcome of the

7    trial.  I take it that Mr. Breiner, who is an experienced

8    criminal defense lawyer, has also told you some of the

9    dangers if you do take the witness stand; so you feel

10   fully informed about those also?

11         THE DEFENDANT:  Yes.

12         THE COURT:  Okay.  Then we'll have the jury come

13   back in and you can call --

14         MR. BREINER:  May I have a few minutes with my

15   client, please?

16         MR. MUEHLECK:  Could we take five minutes,

17   Judge?  Is that possible?  I know you usually go till

18   3:00, but --

19         THE COURT:  You need five minutes, too.

20         MR. BREINER:  I'd asked for five minutes.  I

21   guess counsel wants it, too.  Would you be inclined to

22   grant us both five minutes?

23         THE COURT:  Right.  If you both need it.

24         MR. MUEHLECK:  I think it would make it more

25   orderly if I do it now, Judge, rather than later.  I had