```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )   CR No. 01-00160SOM
                             )
           Plaintiff,        )   Honolulu, Hawaii
                             )   July 2,
      v.                     )
                             )
FALANIKO UTI, et al.,        )
                             )
           Defendants.       )
                             )
```

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

COPY

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

TRANSCRIPT OF DEFENDANT BARUT'S MOTION TO COMPEL DISCOVERY
BEFORE THE HONORABLE BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:          U.S. Attorney's Office
                            By:  THOMAS MUEHLECK, ESQ.
                            Prince Kuhio Federal Building
                            300 Ala Moana Boulevard, #6100
                            Honolulu, Hawaii 96850

For Defendant VANESSA BARUT: MYLES BREINER, ESQ.
                             345 Queen Street
                             Honolulu, Hawaii 96813

Transcriber:                Jessica B. Cahill
                            P.O. Box 1652
                            Wailuku, Maui, Hawaii 96793
                            Telephone: (808)244-0776

Proceedings recorded by electronic sound recording, transcript produced by transcription service

EXHIBIT A

1  he's -- which is reasonable and also admissible.  So I need it.
2  I ask the Court to review it.  And that pertains to everything
3  I've requested from the Government.  Whatever the Government
4  says they don't want to turn over I ask the Court to review.
5           THE COURT:  No, no, no.  I'm not going to -- I'm not
6  going to look through all the discovery.  You know, Mr. Breiner,
7  that's ridiculous.
8           MR. BREINER:  Well, I want you to know, your Honor,
9  I've run into this problem with Mr. Muehleck on cases where
10 things that are withheld under -- under the notion I'm not
11 entitled to it and later on we end up in Court --
12          THE COURT:  Okay.
13          MR. BREINER:  -- and I do get it.
14          THE COURT:  What -- what -- I need to know what --
15 what else is at issue here?  I mean what -- what else -- what
16 else hasn't been provided that you believe you have a right --
17 you have a right to.
18          MR. BREINER:  Frankly, I haven't -- I haven't been
19 provided with hardly anything just the initial discovery given
20 to Mr. Gronna, which was then given to me.
21          THE COURT:  And you made all the Rule 16 discovery to
22 him?
23          MR. MUEHLECK:  Let me tell the Court what I've
24 provided.  I've provide to the -- a -- a copy of the defendant's
25 statement.  She made an oral statement to the defense.  I've

```
 1  made a copy of the search warrant.  I've provided a copy of the
 2  lab report and the materials that were found in her safe.  I've
 3  made a copy of the polygraph examination and results of the
 4  polygraph examination.
 5          THE COURT:  Okay.
 6          MR. MUEHLECK:  I've provided a copy of the return of
 7  the search warrant at her place.  I think that's all that's
 8  required under Rule 16.
 9          MR. BREINER:  Well, your Honor, as far as --
10          MR. MUEHLECK:  I've made a copy of the -- of -- excuse
11  me, I've provided them information on where to get the wire tap
12  information, the affidavit, the reports.  They've all been
13  unsealed.  They're a matter of public record.  That's where we
14  are, and I've made -- and I've made discovery available at the
15  FBI, or excuse me, at the DEA for those materials.  Other
16  defendants have been in to look at those.  I don't know if Mr.
17  Gronna or Mr. Breiner have.
18          THE COURT:  Okay.
19          MR. BREINER:  Your Honor, I -- I'm intrigued at
20  counsel's representation.  You know, I have no letter from his
21  office to my office telling me to go over the FBI or the DEA and
22  look through those documents.
23          THE COURT:  But -- but he -- he is --
24          MR. MUEHLECK:  That was given to Mr. Gronna, previous
25  counsel.
```