1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
                                    )
 4   UNITED STATES OF AMERICA,      )  CR 01-00160 SOM 07
                                    )
 5                   Plaintiff,     )  Honolulu, Hawaii
          vs.                       )  November 9, 2001
 6                                  )  1:30 P.M.
     VANESSA BARUT,                 )
 7                                  )  Continued Hearing on
                     Defendant.     )  Motion to Suppress
 8                                  )

 9

10                    TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE SUSAN OKI MOLLWAY
11                UNITED STATES DISTRICT JUDGE

12
     APPEARANCES:
13
     For the Government:      THOMAS C. MUEHLECK, ESQ.
14                            Office of the U.S. Attorney
                              PJKK Federal Bldg.
15                            300 Ala Moana Blvd. Ste. 6100
                              Honolulu, HI 96850
16
     For the Defendant:       MYLES S. BREINER, ESQ.
17                            345 Queen St., Fl 2
                              Honolulu, HI 96813
18
     Official Court Reporter: Debra Kekuna Chun, CSR, RPR
19                            United States District Court
                              300 Ala Moana Blvd. Ste. C285
20                            Honolulu, HI 96850
                              (808) 534-0667
21

22

23

24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).
```



EXHIBIT C

1   is objecting.  I've been focusing only on what occurred
2   after 1:03.
3           THE COURT:  Okay.  You can go ahead and ask, and
4   your answer should be the post-equipment exam portion of
5   your contact with Miss Barut.  So the question was what?
6           MR. BREINER:  Can you read it back, please.
7           THE COURT:  No.  Can you remember it.
8           MR. BREINER:  No, Your Honor, I can't.
9   Interruptions from Mr. Muehleck.
10          THE COURT:  Stop.  We don't need to have these
11  characterizations.
12          MR. BREINER:  I don't appreciate the
13  interruptions.
14          THE COURT:  Hold on.
15          MR. BREINER:  Or the laughing and the comedy.
16          THE COURT:  Stop.  The question was:  Did you
17  tell her she was free to leave after the equipment portion
18  of your questioning was done?  Is that your question?
19          MR. BREINER:  It was the next one.  The
20  follow-up was did you tell Miss Barut she could call her
21  attorney if she so desired.
22          THE COURT:  And this is again after the
23  equipment portion.
24          MR. BREINER:  After 1:03 -- after the physical
25  test.

1  Q    Is that what you meant? That her realization, as
2  reported by you, did not occur until that Friday, the
3  Friday in which he drove his car to Rock-Za and -- or the
4  truck that he drove to Rock-Za?
5  A    So, if you're asking me did she know before that
6  Friday or --
7  Q    I'm asking is that the con -- your report says she
8  realized as of that Friday.
9  A    Right. From his unusual actions of that day.
10 Q    So according to you that's the first time --
11      MR. MUEHLECK: I'm going to object. That
12 misstates the report.
13      MR. BREINER: It doesn't. It says right there,
14 Your Honor.
15      MR. MUEHLECK: No.
16      MR. BREINER: I'll let the court decide. I'm
17 not going to argue with Mr. Muehleck.
18      THE COURT: Well, he has an objection; so --
19      MR. BREINER: He says it misstates. Fine. He
20 has an opportunity on cross-examination to correct the
21 record as he sees it without these gratuitous remarks from
22 the gallery, as far as I'm concerned. I'm asking the
23 witness a question. The objection: mistates it. Fine.
24 On cross he can deal with it.
25      THE COURT: No, that's not how it works. I rule

1  A    Okay. That's what I'm missing. Yes, I did say
2  that.
3  Q    And the reference was that she realized it only --
4  in fact, didn't she say to you that she realized it only
5  after the execution of the warrant and after she had been
6  arrested?
7  A    Can you repeat that again, please.
8  Q    Her realization, the statement that she made that
9  she realized that he may have been or probably involved in
10 drugs -- even including the next line, quote, that she had
11 determined this by his unusual actions, unquote -- she
12 said that to you -- claims she said this to you, but
13 wasn't it said in the context of the following: That she
14 realized these things after her arrest when she began
15 rethinking his behavior over the last several months?
16         MR. MUEHLECK: Objection to the compound
17 question here. It's confusing.
18         MR. BREINER: It's not confusing, Your Honor.
19 Q    Do you understand the question?
20         MR. BREINER: Counsel can represent to the court
21 that it's confusing. He may be confused by it, but is the
22 witness? And that's the question.
23         THE COURT: No. I have to rule every time an
24 objection is made. And that was a very long question; so
25 I'm going to sustain the objection. And I think it might