1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3
                                      )
 4     UNITED STATES OF AMERICA,      )   CR 01-00160 SOM
                                      )
 5                     Plaintiff,     )   Honolulu, Hawaii
            vs.                       )   May 9, 2002
 6                                    )   1:30 P.M.
       (01) FALANIKO UTI,             )
 7     (02) ALFREDO SEPULVEDA,        )   Various Motions
       (03) FERNANDO GUTIERREZ,       )
 8     (04) JOSEPH PAJARDO,           )
       (05) OSOVALE ATAPUAI,          )
 9     (07) VANESSA BARUT,            )
                                      )
10                     Defendants.    )
                                      )
11     _____

12                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE SUSAN OKI MOLLWAY
13                  UNITED STATES DISTRICT JUDGE

14
       APPEARANCES:
15
       For the Government:           THOMAS C. MUEHLECK, ESQ.
16                                   Office of the U.S. Attorney
                                     PJKK Federal Bldg.
17                                   300 Ala Moana Blvd. Ste. 6100
                                     Honolulu, HI 96850
18
       For the Defendant             JOHN R. REMIS, JR., ESQ.
19     Falaniko Uti:                 Halekauwila Plaza
                                     547 Halekauwila St., Ste. 118
20                                   Honolulu, HI 96813

21     For the Defendant             PAMELA O'LEARY TOWER, ESQ.
       Alfredo Sepulveda:            EARLE A. PARTINGTON, ESQ.
22                                   American Savings Bank Twr.
                                     1001 Bishop St., Ste. 1330
23                                   Honolulu, HI 96813

24     For the Defendant             REGINALD P. MINN, ESQ.
       Fernando Gutierrez:           Davies Pacific Center
25                                   841 Bishop St., Ste. 2116
                                     Honolulu, HI 96813
```


EXHIBIT P

1  still court-appointed counsel for Mr. Pajardo.  An alleged
2  interview took place with Special Agent Rothermund, who is
3  present in court, as well as another agent, who I haven't
4  identified.
5          THE COURT:  Okay.  First, I want you to lay out
6  all the administrative problems we have with going forward
7  today with people taking the stand and testifying.
8          MR. BREINER:  I need to call Mr. Wilson.  That
9  issue needs to be resolved.  Do I need to file --
10 suggestion has been made by Mr. Minn that perhaps you need
11 to do an in-camera conference with Mr. Wilson.
12         THE COURT:  Okay.  But aside from the Mr. Wilson
13 issue, are there other --
14         MR. BREINER:  Yes.  Several other matters.
15         Additionally, everyone received copies of the
16 filed motions in this case.  I have the -- my courier
17 service receipts.  Mr. Muehleck initially faxed my office
18 a single page response, saying that he had never received
19 copies of the motion.  We then track down from the courier
20 service, Rainbow Courier Services, a signed receipt.  We
21 then copied that and faxed it to Mr. Muehleck, saying,
22 "Well, that's not true, Mr. Muehleck.  You did get a copy
23 of both motions."  In fact, it's signed and dated May 25th
24 by someone at his front desk.  So then I receive -- which
25 is sort of interesting because they were both motions, two

```
 1   motions to dismiss, one under Rule 16 and one pursuant to
 2   the other matter:  outrageous government conduct.
 3           Mr. Muehleck then filed a response --
 4           THE COURT:  You said May 25th.
 5           MR. BREINER:  I'm sorry.  April.  Excuse me.
 6   April 25th.  Thank you.  So noted.  April 25th.
 7           In any event, Mr. Muehleck filed a response to
 8   one of the motions.  I received that the day before
 9   yesterday.  That would be the Rule 16 motion that I filed.
10   But they didn't file a response to the outrageous
11   government conduct one.
12           Now, I just flew back from Maui --
13           THE COURT:  He did.  He filed it yesterday.
14           MR. BREINER:  Well, today is the 9th.  I got it
15   today.  I came back to my office and found I had a --
16   excuse me.  I had a fax copy waiting (indicating).  And
17   also then this morning while I was in Maui I received the
18   one he filed yesterday.  I have not had a chance to even
19   read this in response to Mr. Muehleck's statements.
20   That's the second matter.
21           THE COURT:  Okay.  It's very short.
22           MR. BREINER:  I grant you.
23           THE COURT:  And there isn't -- there isn't
24   evidence included in it; so it seems to me that is not --
25   my suggestion is you take a minute to read it.  We may be
```

1    able to still go forward.

2           Okay.  Any other problems?

3           MR. BREINER:  The other matter is I filed -- I

4    request to have Mr. Muehleck made a witness in this case

5    as well as Special Agent Rothermund.  And I have not had a

6    response either way from the court regarding those

7    requests that I made.

8           THE COURT:  I issued an order some time ago

9    denying your ex-parte motion to call Mr. Muehleck.

10          MR. MUEHLECK:  We saw that.

11          THE COURT:  Did you get it?

12          MR. MUEHLECK:  Yes, Your Honor.

13          THE COURT:  Did other counsel get that order?

14          MR. BREINER:  No.  Otherwise, I wouldn't be

15   raising it with you now.

16          THE COURT:  Let me ask my courtroom deputy to

17   check on that.  Did the Clerk's Office send it to all

18   defense counsel or only to moving counsel?  It might have

19   gone only to you, Mr. Breiner, because you did it ex parte

20   and so the other defendants wouldn't have been involved in

21   any event.  But you should have received it.

22          MR. BREINER:  I did not receive it.

23          THE COURT:  It's not our -- certainly not our

24   practice to give it only to one side.

25          MR. BREINER:  Oh, I know, but I have a staff and

1    I file everything immediately when I receive it.

2            THE COURT:  The court produced -- I did the
3    order.

4            MR. BREINER:  No, I have not seen it.  Was it
5    issued yesterday or the day before?

6            MR. MUEHLECK:  About a week ago.

7            THE COURT:  It was last week.  Do you have a
8    copy of it to show him?

9            MR. MUEHLECK:  I don't have it here, Your Honor.

10           THE COURT:  I can get it.

11           MR. BREINER:  Additionally, there was a matter
12   regarding Special Agent Rothermund.  Otherwise, I wouldn't
13   have brought it up had I been made aware --

14           THE COURT:  The Mr. Muehleck issue is out.  I
15   denied the motion.  You cannot call opposing counsel.  You
16   haven't made a sufficient showing.

17           The Agent Rothermund issue, on the other hand, I
18   understand Mr. Muehleck to be objecting to.

19           MR. MUEHLECK:  Yes.

20           THE COURT:  Okay.  So --

21           MR. BREINER:  Will I be allowed to call Agent
22   Rothermund to the stand?

23           THE COURT:  Well, hold on.  He has an objection.
24   I haven't ruled on it yet.

25           So we have the Mr. Wilson objection to your

 1   Sorry, I win any such dispute.  So you have to know that
 2   and you have to advise your client about the danger of
 3   that, and then he has to make a decision.
 4        (Counsel and defendant conferring.)
 5            MR. CHOY:  Well, Your Honor, after some
 6   discussion here at the desk, as mentioned these statements
 7   were taken in the presence of third parties.  There's no
 8   attorney-client.  So -- as far as the declaration also,
 9   which is published.  So --
10            THE COURT:  I know, but what if the
11   recollections are not the same?  What if Mr. Pajardo is
12   questioned about what happened in the presence of many
13   other people, gives version A, what if Mr. Wilson is
14   examined on the same subject, gives a totally different
15   version, version B.  And I have to decide which version to
16   believe.  And what if Mr. Muehleck wants to ask Mr.
17   Wilson, "Do you have any information about why the
18   versions of Mr. Pajardo and yourself are different?"
19        (Counsel and defendant conferring.)
20            MR. BREINER:  Don't be mad at me.  I'm rising.
21            THE COURT:  Hold on.
22            MR. BREINER:  What if I move to withdraw the
23   motions at this time, and I'll refile them.  We'll address
24   the issue of attorney-client privilege, and I'll file a
25   brief on that matter.  Then we can resolve this with Mr.

```
 1  Wilson, and that settles it; so we can move on.
 2          THE COURT: So you're moving to withdraw both
 3  motions?
 4          MR. BREINER: Without prejudice. Without
 5  prejudice, subject to my refiling the motion so we can
 6  address the issue of attorney-client privilege because
 7  you've raised some valid questions, and I want to resolve
 8  it with Mr. Wilson. I'll brief the issue.
 9          THE COURT: You can withdraw the motions.
10  When's your trial date?
11          MR. MINN: It's October, Your Honor. It's --
12          MR. MUEHLECK: It's been moved --
13          THE COURT: Then you want to withdraw the
14  motions, that's fine.
15          MR. BREINER: Without prejudice, subject to
16  refiling.
17          THE COURT: Okay. So -- all right. I'll have
18  the courtroom deputy --
19          MR. BREINER: But I'm asking the court one
20  matter: would you in the interim rule on the issue of Mr.
21  Rothermund testifying.
22          THE COURT: Okay. Hold on. Well, how can I
23  rule on the issue of Mr. Rothermund testifying without --
24          MR. BREINER: Because the declaration --
25          THE COURT: -- without knowing what it is that
```