## UNOFFICIAL TRANSCRIPT

**HSTEC PASSED**

**SOJOT, VANESSA**

PARENTS: Bradley, Carol

TEST RESULTS: GRADES 9-12 FRONT SIDE ONLY

### Fall 1982 — HSTEC Form No. 1
SOJOT VANESSA — SCHOOL 277

| | SCORE | PASS | POSS |
|---|---|---|---|
| BASIC SKL: | 33 | 34 | 55 |
| OTH LIFE SKL: | 36 | 33 | 62 |

**SCH 277 — SOJOT VANESSA**
DIFFERNTL APTITUDE — STANINES — FALL 1982
- VRB RSN 2
- MCH RSN 4
- NUM ABTY 4
- SP RLN 4
- VR & NA 3
- SPELL 2
- ABS RSN 2
- LANG USE 1
- CS & A 2

### Fall 1983 — ECCC Results
NAME: SOJOT VANESSA — SCHOOL: 277

| | Score | Pass | Poss |
|---|---|---|---|
| Basic Skl: | 75 | 75 | 124 |
| Oth Life Skl: | 32 | 30 | 50 |

**SCH 277 — SOJOT VANESSA**
STANFORD — STANINES — TASK-I-A — FALL 1983 — NAT'L NORMS
- READING 2
- ENGLISH 3
- MATH 2

BIRTH PLACE: Hawaii
DATE OF BIRTH: 9/6/68
SEX: F

---

### Transcript Entries — Waipahu High School

**SOJOT VANESSA — 1217988588 — 1217782-83**
- PHYSICAL SCI
- WORLD HIST & CULT
- READING LAB
- GUIDANCE
- ENGLISH A
- MATH
- CONCERT
- WORLD HIST & CULT
- READING LAB

**SOJOT VANESSA — 1217988588 — 1217783-84**
- BIOLOGY BSCS
- BIOLOGY I
- JAPANESE I
- EXPOS WRITING
- CONSUMER MATH
- HLTH:TODAY&TMRW
- US HISTORY & GOVT
- CONSUMER MATH
- US HISTORY & GOVT
- ORAL COMMUNICTN
- PHYSICAL ED III

**SOJOT VANESSA — 1217988588 — 1217784-85**
- MOD HIST-HAWAII
- HLTH:TODAY&TMRW
- CREATIVE WRITNG
- TYP IA BEG
- INTRO BEHAV SCI
- SEMANTICS
- TYP IB BEG
- LEADERSHIP TRNG
- MUSIC APPRECTN
- FOODS/NUTRITION

**SOJOT VANESSA — 1217988588 — 1217785-86**
- GLOBAL STUDIES
- CHILD CARE/DEV
- FAMILY RELATION
- LEADERSHIP TRNG
- OFF-CAMPUS
- OFF-CAMPUS
- WORLD HIST & CULT
- HIST OF PACIFIC
- WORLD LIT
- GRP COMM&LDRSHP
- LEADERSHIP TRNG
- OFF-CAMPUS

**Didn't Graduate**

EXHIBIT F

1882