



EXHIBIT G



