IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Vanessa Barut,    [07]<br><br>defendant. | Cr. No. 01-00160-07 SOM |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to each of the following, at his or her last known address.

Thomas Muehleck
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850
for the United States of America

Roseanne Donahoe
300 Ala Moana Blvd. 2-215
Honolulu, HI 96850
U.S. Probation

Dated: Honolulu, Hawaii, July 10, 2006.

_____
STUART N. FUJIOKA

c:\doc\fedcrim\2004\barut\certserv.001