# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00160SOM |
| CASE NAME: | USA vs. (07) Vanessa Barut |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | 07 Stuart Fujioka |
| | Rosanne Donohoe (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/24/2006 | TIME: | 3:15 - 3:45 |

COURT ACTION:  EP: Continued Resentencing as to Count 8 of the Third Superseding Indictment -

Defendant (07) Vanessa Barut present and in custody.

Allocution by the Defendant.

Court stated that it would have imposed the same sentence it had imposed if it had known that the sentencing guidelines were advisory.

The sentence previously imposed was reasonable and appropriate.

Court reimposes the same sentence and modifies the conditions of supervised release.

ADJUDGED:

Imprisonment: 54 Months.

Supervised Release: 4 Years.

Special Assessment: $100.00.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of her right to appeal.

JUDICIAL RECOMMENDATIONS:   1) FDC Honolulu; 2) Drug Treatment Program.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.